UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLORENCE JOHNSON-FRANKLIN,

    Plaintiff,

v.

Case No. 21-cv-10663
Hon. Matthew F. Leitman

WALMART, INC.,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order Granting Defendant's Motion for Summary Judgment (ECF No. 19) and Terminating Defendant's Motion in Limine (ECF No. 30) as Moot, dated May 30, 2023,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 30, 2023
Detroit, Michigan